James M. Baratta (SBN 054890)
Jeffrey Magwood (SBN 210710)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA  92614
Telephone:  (949) 660-1600
Facsimile:   (949) 660-6060
Email: jpm@ggb-law.com; eservice@ggb-law.com
2220-062

Attorneys for Defendants BENJAMIN WHETTEN and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole

# THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| VERONICA ELIZABETH GONZALEZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; BENJAMIN JACOB WHETTEN, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 5:23-cv-01367 MWF-SHK<br>Assigned To: Hon. Michael W. Fitzgerald<br><br>**ANSWER TO COMPLAINT; AND REQUEST FOR JURY TRIAL**<br><br>Complaint Filed: April 10, 2023<br>Trial Date: N/A |

COMES NOW defendant The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, for itself alone and for no other defendants, and admits, denies, objects and alleges in response to the Complaint herein as follows:

# GENERAL ALLEGATIONS

1. In answer to paragraph 1 of Plaintiff's Complaint, this Answering Defendant is without information or belief sufficient to either admit or deny the allegations contained therein, and based upon Answering Defendant's lack of information and belief, denies each and every allegation contained therein.

2. In answer to paragraph 2 of Plaintiff's Complaint, this Answering Defendant admits that it was informed of the allegations alleged, but lacks personal knowledge, and thereby lacks sufficient information and belief to answer said allegations, and on such grounds denies each and every allegation therein.

3. In answer to paragraph 3 of Plaintiff's Complaint, this Answering Defendant admits that Defendant Benjamin Jacob Whetten was operating a 2020 Toyota Rav4 bearing California License Plate No. 8RXP418.

4. In answer to paragraph 4 of Plaintiff's Complaint, this Answering Defendant admits the allegations contained therein.

5. In answer to paragraph 5 of Plaintiff's Complaint, this Answering Defendant denies each and every allegation contained therein.

6. In answer to paragraph 6 of Plaintiff's Complaint, this Answering Defendant denies each and every allegation contained therein.

7. In answer to paragraph 7 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

8. In answer to paragraph 8 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

9. In answer to paragraph 9 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

# JURISDICTION AND VENUE

10. In answer to paragraph 10 of Plaintiff's Complaint, this Answering Defendant is without information or belief sufficient to either admit or deny the

allegations contained therein, and based upon Answering Defendant's lack of information and belief, denies each and every allegation contained therein.

11. In answer to paragraph 11 of Plaintiff's Complaint, this Answering Defendant is without information or belief sufficient to either admit or deny the allegations contained therein, and based upon Answering Defendant's lack of information and belief, denies each and every allegation contained therein.

12. In answer to paragraph 12 of Plaintiff's Complaint, this Answering Defendant generally and specifically denies each and every allegation contained therein.

13. In answer to paragraph 13 of Plaintiff's Complaint, this Answering Defendant generally and specifically denies each and every allegation contained therein.

14. In answer to paragraph 14 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

15. In answer to paragraph 15 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

16. In answer to paragraph 16 of Plaintiff's Complaint, this Answering Defendant is without information or belief sufficient to either admit or deny the allegations contained therein, and based upon Answering Defendant's lack of information and belief, denies each and every allegation contained therein.

17. In answer to paragraph 17 of Plaintiff's Complaint, this Answering Defendant is without information or belief sufficient to either admit or deny the allegations contained therein, and based upon Answering Defendant's lack of information and belief, denies each and every allegation contained therein.

**FIRST CAUSE OF ACTION**

**(For Negligence/Negligence Per Se—Against All Defendants)**

18. In answer to paragraph 18 of Plaintiff's Complaint, this Answering Defendant denies all allegations contained in paragraph 1-17, except those allegations expressly admitted.

19. In answer to paragraph 19 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

20. In answer to paragraph 20 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

21. In answer to paragraph 21 of Plaintiff's Complaint, this Answering Defendant is without information or belief sufficient to either admit or deny the allegations contained therein regarding the facts and cause of the subject collision, and based upon Answering Defendant's lack of information and belief, denies those allegations contained therein. As to the remaining allegations within this paragraph, said allegations contain legal conclusions or legal argument to which no response is required.

22. In answer to paragraph 22 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

23. In answer to paragraph 23 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

24. In answer to paragraph 24 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

25. In answer to paragraph 25 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as

to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

26. In answer to paragraph 26 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

27. In answer to paragraph 27 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required.

28. In answer to paragraph 28 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

29. In answer to paragraph 29 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

30. In answer to paragraph 30 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

31. In answer to paragraph 31 of Plaintiff's Complaint, this paragraph contains legal conclusions or legal argument to which no response is required. Further, this Answering Defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations since Plaintiff has named DOES 1 through 50 as defendants, and on that basis deny the allegations contained therein.

/ / /

/ / /

## PLAINTIFF'S REQUESTED RELIEF – GENERAL DENIAL

This Answering Defendant denies all allegations contained in Plaintiff's Complaint except those allegations expressly admitted above and further denies that Plaintiff is entitled to any of the relief sought in her Complaint or in her Prayer for Relief.

## ANSWERING DEFENDANT'S AFFIRMATIVE DEFENSES

This Answering Defendant asserts the following affirmative defenses:

### First Affirmative Defense

32. Plaintiff's damages, if any, were the result of her own comparative fault and the comparative fault of others; and the liability of this Answering Defendant, if any, must be reduced in proportion to Plaintiff's comparative fault and the comparative fault of all third persons.

### Second Affirmative Defense

33. This Answering Defendant is informed and believes and on such information and belief alleges, that it is entitled to an offset or credit for the full amount of all monies received by Plaintiff, either directly or indirectly, in connection with all insurance claims and settlements.

### Third Affirmative Defense

34. This Answering Defendant is informed and believes and on such information and belief alleges, that Plaintiff or third parties, though under a duty to do so, failed and neglected to use reasonable care to minimize and mitigate the losses, injuries, and damages of which Plaintiff complains and therefore she cannot recover against this Answering Defendant whether as alleged or otherwise.

///

### Fourth Affirmative Defense

35. This Answering Defendant is informed and believes and on such information and belief alleges, that the Complaint, and each and every cause of action set forth therein, fails to state facts sufficient to constitute a cause of action upon which relief may be granted against this Answering Defendant.

### Fifth Affirmative Defense

36. This Answering Defendant is informed and believes and on such information and belief alleges, that at the time of the accident which gives rise to the instant action, Plaintiff was the owner and/or operator of a vehicle involved in the accident and that Plaintiff did not comply with California's Financial Responsibility laws as set forth in California Proposition 213 and California Vehicle Code § 16000, et seq. Accordingly, Plaintiff is precluded from seeking noneconomic damages to compensate for pain, suffering, inconvenience, physical impairment, disfigurement and any other non-pecuniary damages from this Answering Defendant pursuant to Civil Code § 3333.4.

### Sixth Affirmative Defense

37. This Answering Defendant is informed and believes and on such information and belief alleges, that it presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. As such, this Answering Defendant reserves herein the right to assert additional defenses in the event discovery indicates that it would be appropriate.

### PRAYER FOR RELIEF

WHEREFORE, Defendant The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, prays as follows:

1. That plaintiff Veronica Elizabeth Gonzalez take nothing by virtue of her complaint on file herein;

2. That judgment be entered in favor of this Answering Defendant and against plaintiff Veronica Elizabeth Gonzalez;

3. That Answering Defendant be awarded costs of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

DATED: July 25, 2023

GRANT, GENOVESE & BARATTA, LLP

By: _____
JAMES M. BARATTA
JEFFREY P. MAGWOOD
Attorneys for Defendants BENJAMIN WHETTEN and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole

**REQUEST FOR JURY**

This Answering Defendant hereby requests a trial by jury in the above-entitled matter.

DATED: July 25, 2023

GRANT, GENOVESE & BARATTA, LLP

By: *[signature]*
JAMES M. BARATTA
JEFFREY P. MAGWOOD
Attorneys for Defendants BENJAMIN WHETTEN and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole

**PROOF OF SERVICE**
(*Gonzalez v. LDS, et al.; Our File No. 2220-062*)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2030 Main Street, Suite 1600, Irvine CA 92614.

On July 25, 2023, I served the foregoing document described as **"ANSWER TO COMPLAINT; AND REQUEST FOR JURY TRIAL"** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ ]   (BY MAIL)   I am familiar with the practice of Grant, Genovese & Baratta, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Grant, Genovese & Baratta, LLP, Irvine, California, following ordinary business practices.

[ X ]   (BY E-MAIL)  I am familiar with the practice of Grant, Genovese & Baratta, LLP's Microsoft Outlook electronic mail system and on this date, I transmitted electronically, the document(s) described above to the persons listed on the attached service list at their respective email addresses, set forth herein, and the transmission was reported as complete and without error.

[ ]   (BY ELECTRONIC SERVICE)  On this date, a copy of the document described above was transmitted to the electronic service list as set forth via OneLegal, LLC, through the e-filing user interface at www.onelegal.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 25, 2023, at Irvine, California.

_____
Shawna Wilson

**SERVICE LIST**
(*Gonzalez v. LDS, et al.; Our File No. 2220-062*)

**USDC-CD**

<u>VERONICA ELIZABETH GONZALEZ v. THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, et al.</u>

Bretil Beitmirza, Esq.
Babken Sarafyan, Esq.
JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90024
(424) 354-0399
(310) 354-5444 – FAX
bbeitmirza@jacobyandmeyers.com
bsarafyan@jacobyandmeyers.com
skalinina@jacobyandmeyers.com
cmartinez@jacobyandmeyers.com
ahernandez@jacobyandmeyers.com
vhernandez@jacobyandmeyers.com
*Attorneys for Plaintiff VERONICA ELIZABETH GONZALEZ*