JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VERONICA ELIZABETH GONZALEZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, Entity type unknown; CA REDLANDS MISSION, Entity type unknown; BENJAMIN JACOB WHETTEN, an individual; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 5:23-cv-01367-MWF(SHKx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

On June 26, 2024, the court ordered the Parties to file a stipulation for dismissal pursuant to 4l(a)(l)(A)(ii).

Plaintiff VERONICA ELIZABETH GONZALEZ and Defendants BENJAMIN JACOB WHETTEN and THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, by and through their attorneys of record, hereby stipulate under Federal Rule of Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

The Court, having considered Plaintiff's and Defendants' Joint Stipulation for Dismissal and finding good cause therefor, hereby GRANTS the Stipulation for Dismissal and ORDERS as follows:

**ORDER**

Based upon the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this action be DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Court shall retain jurisdiction to enforce the terms and conditions of the settlement agreement.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge